Oct. 29th, 2017

Clerk of Court,

I am advising the court I have changed addresses. In the matter of CHAIREZ v. PHELPS et al, CV-00644-GMS

My new address is

PEDRO CHAIREZ # 690878
S.C.I. BOX 500
Georgetown, Del 19947

Thank You

I/M: Pedro Chairez   BLDG: DDD-422
#610878
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

U.S. District Court
844 King St. Lockbox #18
Wilmington, Del 19801

$0.46
US POSTAGE
FIRST-CLASS
071V00674990
19947
000014102