IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEDRO CHAIREZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 11-644-GMS ) |
| PERRY PHELPS, et al., | ) ) |
| Defendants. | ) |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 20th day of Dec., 2017, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney in this case;

IT IS HEREBY ORDERED that:

1. Plaintiff's request for counsel is **granted**. (D.I. 84)

2. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel.

3. The Court's standing order and its amendments regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

4. The matter is **stayed** pending the attempt to refer representation of the plaintiff to a member of the Federal Civil Panel.

_____
UNITED STATES DISTRICT JUDGE