IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEDRO CHAIREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 11-644-GMS |
| | ) |
| PERRY PHELPS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER RECOGNIZING REPRESENTATION

Pursuant to Federal Civil Panel guidelines incorporated herein, the Court recognizes that Jody Barillare, Esquire has agreed to represent the plaintiff, Pedro Chairez, as Counsel of Record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court. The STAY is lifted.

DATE: Jan 30, 2018

_____
United States District Judge